# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CECELIA A. BRANDT,<br>　　　　Plaintiff,<br>vs.<br>COMENITY CAPITAL, *et al.,*<br>　　　　Defendants. | Case No.  2:15-cv-01061-GMN-GWF<br><br>**ORDER OF RECUSAL** |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 30th day of November, 2015.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE