# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CECELIA a. BRANDT, | |
| Plaintiff, | 2:15-cv-01061-GMN-VCF |
| vs. | **ORDER** |
| COMENITY CAPITAL, *et al.*, | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Comenity (#35).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed Stipulation and Order for Dismissal on or before April 19, 2016.

DATED this 8th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE