# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

CECELIA a. BRANDT,

        Plaintiff,

vs.

COMENITY CAPITAL, *et al.*,

        Defendants.

2:15-cv-01061-GMN-VCF

**ORDER**

Before the court is the Notice of Settlement Between Plaintiff and Defendant Equifax Information Services, LLC (#36).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed Stipulation and Order for Dismissal on or before May 9, 2016.

DATED this 8th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE